**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NATHANIEL BRINKLEY, | : | No. 26 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (US AIRWAYS, INC., NEW | : | |
| HAMPSHIRE INSURANCE COMPANY | : | |
| AND AIG CLAIMS, INC.), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.